NICHOLAS HALMES, APPELLANT, V. GEORGE E. DOVEY,
APPELLEE.

FILED JANUARY 3, 1898. No. 7565.

**Review: CONFLICTING EVIDENCE.** Decree appealed from *held* to be
sustained by sufficient, although conflicting, evidence.

APPEAL from the district court of Cass county. Heard
below before CHAPMAN, J. *Affirmed.*

*Byron Clark*, for appellant.

*A. N. Sullivan, contra.*

POST, C. J.

This was an action in the district court for Cass county,
the purpose of which was to compel the defendant Dovey
to execute an alleged agreement for the release of certain
lands from the operation of a judgment previously re-
covered by him against one Thomas, the plaintiff's
grantor. A final hearing in the district court resulted
in a finding and decree adverse to the plaintiff's conten-
tion, and from which an appeal has been prosecuted in
this court.

Appellant frankly concedes that the evidence, so far
as it relates to the principal question at issue, viz., the
agreement alleged as the foundation of the action, is
conflicting and irreconcilable, but seeks to prove that the
finding is so decidedly against the weight of the evidence
as to require a reversal of the decree upon that ground,

while counsel for appellee, with equal plausibility, defends the finding as the logical and necessary result of the proofs adduced. It is clear, from a reading of the entire record, that the case is governed by the rule many times asserted by this court, viz., that a judgment or decree, unless manifestly wrong, will not be disturbed although the evidence may seem sufficient to support a finding for the adverse party. A statement of the evidence would in this connection be without profit to any of the parties concerned and will accordingly not be attempted.

DECREE AFFIRMED.